RECEIVED
IN LAKE CHARLES, LA

AUG 2 6 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BROOKSHIRE BROTHERS HOLDING, INC., ET AL** | : | **DOCKET NO. 04 CV 1150** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **TOTAL CONTAINMENT, INC., ET AL** | : | **MAGISTRATE JUDGE WILSON** |

### JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment [doc. #130] filed by Parker-Hannifin Corporation is hereby **GRANTED**, dismissing all of Plaintiffs' claims against this Defendant.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the opposed motion for leave to file a cross-claim [doc. #135] filed by Dayco Products, LLC is hereby **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Order is appropriate for, and is hereby designated as one for final appeal under the provisions of Federal Rule of Civil Procedure 54(b).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 26th day of August, 2005.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE