RECEIVED
IN LAKE CHARLES, LA
APR 26 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BROOKSHIRE BROTHERS HOLDING, INC. ET AL | : | DOCKET NO. 04-1150 |
| VS. | : | JUDGE TRIMBLE |
| TOTAL CONTAINMENT, INC., ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to dismiss for failure to state a claim upon which relief can be granted (doc. #260) is hereby **GRANTED** dismissing plaintiffs' claims against defendants, Jay Wright, Tony Adamson and Homer Holden with prejudice at plaintiffs' costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the motion to vacate the court's order granting leave to amend the complaint (doc. #259) is hereby **DENIED** as moot.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that because there is no just reason for delay, this judgment is deemed to be a final judgment as to these defendants pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 26th day of April, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE