RECEIVED
IN LAKE CHARLES, LA

MAY 24 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BROOKSHIRE BROTHERS HOLDING, INC., ET AL. | : | DOCKET NO. 04-1150 |
| VS. | : | JUDGE TRIMBLE |
| TOTAL CONTAINMENT, INC., ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Upon agreement of counsel,

IT IS ORDERED that plaintiffs' claims against defendant, PIERRE DESJARDIN, are hereby DISMISSED, without prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 24th day of May, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE