RECEIVED
IN LAKE CHARLES, LA
JUL 13 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BROOKSHIRE BROTHERS HOLDING, INC.** | : | **DOCKET NO. 04-1150** |
| VS. | : | JUDGE TRIMBLE |
| TOTAL CONTAINMENT INC., ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgement filed by Dayco Products, LLC and Mark IV Industries, LTD dismissing Plaintiff's claims as time barred (doc. #353) is hereby **GRANTED IN PART** to the extent that all claims for injuries that occurred prior to August 15, 2002 have prescribed and are hereby **DISMISSED**. The Court expressly determines that there is no just reason for delay and directs entry of judgment under rule 54(b) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment dismissing Plaintiffs claims of redhibition/breach of implied warranty of fitness and merchantability (doc. #355) is hereby **DENIED.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 13th day of July, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE