UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BROOKSHIRE BROTHERS HOLDING, INC., ET AL** | : | **DOCKET NO. 04-1150** |
| VS. | : | JUDGE TRIMBLE |
| TOTAL CONTAINMENT, INC., ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to dismiss for failure to state a claim upon which relief can be granted (doc. #386) is hereby **GRANTED** dismissing plaintiffs' claims against defendant, James Lawrence, with prejudice at plaintiffs' costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the motion for a more definite statement (doc. #386) is hereby **DENIED** as **MOOT**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that because there is no just reason for delay, this judgment is deemed to be a final judgment as to this defendant pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 31st day of ~~July~~ August, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE