
RECEIVED
IN LAKE CHARLES, LA
AUG 3 1 2006
PAM
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BROOKSHIRE BROTHERS HOLDING, INC., ET AL | : | DOCKET NO. 04-1150 |
| VS. | : | JUDGE TRIMBLE |
| TOTAL CONTAINMENT, INC., ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion for Summary Judgment (doc. #400) filed by OneBeacon Insurance Company, formerly known as CGU Insurance Company, Commercial Union Insurance Company, and American Employer's Insurance Company, is hereby **GRANTED** insofar as the Court finds that this defendant's insurance policies exclude coverage for the liability of Total Containment Inc.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 31st day of August, ~~July~~, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE