RECEIVED
IN LAKE CHARLES, LA

AUG 3 1 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BROOKSHIRE BROTHERS HOLDING, INC., ET AL | : | DOCKET NO. 04-1150 |
| VS. | : | JUDGE TRIMBLE |
| TOTAL CONTAINMENT, INC., ET AL | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment filed by defendant, Ticona Polymers, Inc. (doc. #422) is hereby **DENIED IN PART** and **GRANTED IN PART.** The motion to dismiss Brookshire Brothers' products liability and negligence claims is hereby **DENIED**; the motion to dismiss Brookshire Brothers' claims of redhibition under Louisiana law and implied warranty under Texas law is hereby **GRANTED** dismissing Brookshire Brothers' claims of redhibition and implied warranty against defendant, Ticona; the motion to dismiss Brookshire Brothers' punitive damages claims for injuries in Louisiana is hereby **GRANTED** dismissing those claims of punitive damages for injuries that occurred in Louisiana, and; the motion to dismiss Brookshire Brothers' punitive damages claims for injuries in Texas is hereby **DENIED.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 31st day of August, 2006.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE