RECEIVED
IN LAKE CHARLES, LA
SEP - 1 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BROOKSHIRE BROTHERS HOLDINGS, INC., ET AL** | : | **DOCKET NO. 04-1150** |
| VS. | : | JUDGE TRIMBLE |
| TOTAL CONTAINMENT INC., ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons set forth in the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that Motion for Summary Judgment (doc. #377) filed by defendant, Shell Chemical LP is hereby **GRANTED IN PART** and **DENIED IN PART.** The motion to dismiss all of Brookshire Brothers claims as time barred is **GRANTED** to the extent that all claims for injuries that occurred prior to August 15, 2002 have prescribed and are hereby dismissed; the motion to dismiss Brookshire Brothers' negligence claims because they are barred by the economic loss rule is hereby **GRANTED** to the extent that Texas law bars recovery for those damages that occurred in Texas, with the exception of damages to other property which includes land contamination in Texas, and **DENIED** to the extent that damages sustained in Louisiana are governed by Louisiana law and the economic loss rule does not apply; the motion to dismiss Brookshire Brothers' claims of products liability is hereby **DENIED**; and the motion to dismiss Brookshire Brothers' claims of breach of implied warranty and redhibition is hereby **GRANTED.**

The Court determines that there is no just reason for delay and will direct entry of final

judgment under rule 54(b) of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this  1st day of September, ~~August~~, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE