U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 0 2 2006

ROBERT H. SHEMWELL, CLERK
BY _____
                    DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **BROOKSHIRE BROTHERS** | : | |
| **HOLDING, INC. ET AL.,** | : | |
| | : | **Civil Action No. 2:04cv1150** |
| **plaintiffs,** | : | **Judge Trimble** |
| | : | **Mag. Judge Wilson** |
| **v.** | : | |
| | : | |
| **TOTAL CONTAINMENT, INC.,** | : | |
| **ET AL.,** | : | |
| | : | |
| **defendants.** | : | |

## ORDER

Considering Underwriters Laboratories, Inc.'s "Motion for Certification Under 28 U.S.C. § 1292(b)", the Court hereby grants the Motion for Certification and expressly finds, pursuant to 28 U.S.C. § 1292(b) and Rule 5(a)(3) of the Federal Rules of Appellate Procedure, that the Court's Judgment (doc. #482) and Memorandum Ruling (doc. #481) entered on July 7, 2006 on the motion for summary judgment filed by Underwriters Laboratories, Inc. to dismiss Plaintiffs' claims as time-barred, which granted that motion "to the extent that all claims for injuries that occurred prior to August 15, 2002 have prescribed and are dismissed," involve a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the Judgment and Memorandum Ruling as authorized by 28 U.S.C. § 1292(b) and this certification Order may materially advance the ultimate termination of the litigation. A decision from the Fifth Circuit on the legal question presented may result in the

dismissal of UL as a party defendant and streamline the remaining issues in this case.

Pursuant to 28 U.S.C. § 1292(b) and Rule 5(a)(3) of the Federal Rules of Appellate Procedure, Underwriters Laboratories, Inc. shall have ten days from the entry of this Order to file a Petition for Permission to Appeal in the United States Court of Appeals for the Fifth Circuit.

Lake Charles, Louisiana, this ___2ⁿᵈ___ day of ___October___, 2006.

JUDGE TRIMBLE
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION