U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 0 4 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BROOKSHIRE BROTHERS HOLDING, INC., ET AL § | | CASE NO. 2:04cv1150 |
| § | | |
| VERSUS § | | JUDGE TRIMBLE |
| § | | |
| TOTAL CONTAINMENT, INC., ET AL § | | MAG. JUDGE WILSON |

## ORDER

Considering Shell Chemical LP's Motion for Certification Under 28 U.S.C. § 1292(b), the Court hereby grants the Motion for Certification and expressly finds, pursuant to 28 U.S.C. § 1292(b) and Rule 5(a)(3) of the Federal Rules of Appellate Procedure, that the Court's Judgment (doc. #741) and Memorandum Ruling (doc. #740) entered on September 1, 2006 on the motion for summary judgment filed by Shell Chemical LP to dismiss all of Plaintiffs' claims as time-barred, which granted the motion "to the extent that all claims for injuries that occurred prior to August 15, 2002 have prescribed and are hereby dismissed" involve a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the Judgment and Memorandum Ruling as authorized by 28 U.S.C. § 1292(b) and this certification Order may materially advance the ultimate termination of the litigation. A decision from the Fifth Circuit on the legal question presented may result in the dismissal of Shell Chemical LP as a party defendant and streamline the remaining issues in this case.

Pursuant to 28 U.S.C. § 1292(b) and Rule 5(a)(3) of the Federal Rules of Appellate Procedure, Shell Chemical LP shall have ten days from the entry of this Order to file a Petition for Permission to Appeal in the United States Court of Appeals for the Fifth Circuit.

Lake Charles, Louisiana, this 4th day of October, 2006.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE