RECEIVED
IN LAKE CHARLES, LA
OCT 11 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BROOKSHIRE BROTHERS HOLDING, INC., ET AL** | : | **DOCKET NO. 04-1150** |
| VS. | : | JUDGE TRIMBLE |
| **TOTAL CONTAINMENT, INC., ET AL** | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment filed by Dayco Products, LLC and Mark IV Industries, Ltd to dismiss Plaintiffs' exemplary damage claims (doc. #445) is hereby **GRANTED IN PART** and **DENIED IN PART**. The motion for summary judgment is hereby **GRANTED** dismissing the punitive damages claims for those injuries that occurred in Louisiana; the motion for summary judgment for those injuries that occurred in Texas is hereby **DENIED**.

**THUS DONE AND SIGNED** in Chambers at Lake Charles, Louisiana, this 11th day of October, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE