

RECEIVED
IN LAKE CHARLES, LA

OCT 1 1 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BROOKSHIRE BROTHERS HOLDING, INC., ET AL** | : | **DOCKET NO. 04-1150** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **TOTAL CONTAINMENT, INC., ET AL** | : | **MAGISTRATE JUDGE WILSON** |

## <u>ORDER</u>

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED** that "Dayco and Mark IV's Motion for Summary Judgment Dismissing Plaintiffs' Breach of Implied Warranty of Fitness and Merchantability Claims Under Texas Law" (doc. #449) is hereby **DENIED** as **MOOT.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _11th_ day of October, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE