RECEIVED
IN LAKE CHARLES, LA

OCT 27 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BROOKSHIRE BROTHERS HOLDING, INC., ET AL** | : | **DOCKET NO. 04-1150** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **TOTAL CONTAINMENT, INC., ET AL** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment to dismiss Plaintiffs' negligence claim (doc. #455) filed by Underwriters Laboratories, Inc. is hereby **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment (doc. #456)to dismiss Plaintiffs' negligence claims for failure to prove proximate causation and failure to provide sufficient evidence of a defect as to non-blowout pipe is hereby **DENIED**.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 27th day of October, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE