RECEIVED
IN ALEXANDRIA, LA
DEC 20 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **BROOKSHIRE BROTHERS HOLDING, INC., ET AL** | **CIVIL ACTION NO. 04-1150** |
| -vs- | **JUDGE TRIMBLE** |
| **TOTAL CONTAINMENT, INC., ET AL** | **MAGISTRATE JUDGE WILSON** |

## ORDER

Pursuant to this Court's Memorandum Ruling issued this day, we find that all claims against Commerce & Industry Insurance Co. not filed on or before August 15, 2002 have prescribed. Accordingly, defendant's Motion for Summary Judgment [Doc. # 543] is hereby **GRANTED**.

This Court finds that there defendants' instant motion concerns a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the this Order may materially advance the ultimate termination of the litigation pursuant to 28 U.S.C. § 1292(b).

**THUS DONE AND SIGNED** at Alexandria, Louisiana this 20th day of December, 2006.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT COURT JUDGE