RECEIVED
IN LAKE CHARLES, LA

FEB - 7 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BROOKSHIRE BROTHERS HOLDING, INC., ET AL** | : | DOCKET NO. 04-1150 |
| VS. | : | JUDGE TRIMBLE |
| TOTAL CONTAINMENT, INC., ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Before the Court is "Defendant Shell Chemical LP's Motion for Partial Summary Judgment on Plaintiffs' Claims for Attorneys' Fees" (doc. #800) wherein the movant seeks to have this Court dismiss all claims of attorneys' fees because the remaining causes of actions do not provide for the recovery of a plaintiffs' attorneys fees. Plaintiff, Brookshire Brothers, does not oppose the motion. Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for partial summary judgment is hereby **GRANTED**, dismissing any claims for attorneys fees with respect to the claims for negligence and products liability against defendant, Shell Chemical LP.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 7th day of February, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE.