RECEIVED
IN LAKE CHARLES, LA

FEB - 7 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BROOKSHIRE BROTHERS HOLDING, INC., ET AL** | : | **DOCKET NO. 04-1150** |
| VS. | : | JUDGE TRIMBLE |
| TOTAL CONTAINMENT, INC., ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons set forth in the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion for Summary Judgment Dismissing Plaintiffs' Environmental Assessment and Remediation Property Damage Claims for Failure to Prove Proximate Causation (doc. #820) is hereby **DENIED**.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 7th day of February, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE