RECEIVED
IN LAKE CHARLES, LA
FEB - 7 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BROOKSHIRE BROTHERS HOLDING, INC., ET AL** | : | **DOCKET NO. 04-1150** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **TOTAL CONTAINMENT, INC., ET AL** | : | **MAGISTRATE JUDGE WILSON** |

## MEMORANDUM RULING AND ORDER

Before the Court is a "Motion for Relief Pursuant to Federal Rule 59 with Respect to Documents Number 816 and 817" (doc. #854) wherein the movants seek to have this Court grant a new trial and/or reconsider or amend prior Memorandum Rulings dated September 26, 2006 (docs. #816 and 817). The Court has reviewed and considered the arguments of the parties and finds no justifiable grounds for granting a new trial and/or amending our prior rulings. Accordingly, it is

**ORDERED** that the motion is hereby **DENIED.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 7th day of February, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE