RECEIVED
IN LAKE CHARLES, LA

FEB 27 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BROOKSHIRE BROTHERS HOLDING, INC., et al., | * | Case No. 04-1150 (JTT) |
| Plaintiffs, | * * * | JUDGE TRIMBLE |
| v. | * * | MAGISTRATE JUDGE WILSON |
| TOTAL CONTAINMENT, INC., et al., | * * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## JUDGMENT

By Stipulation and Order dated November 14, 2006 (Docket No. 939), this Court ordered that to the extent it grants Defendant Shell Chemical LP's ("Shell") Motion for Partial Summary Judgment on Plaintiffs' Claims for Attorneys' Fees (Docket No. 800), Defendant Ticona Polymers, Inc. ("Ticona") is entitled to the identical legal relief. Having granted Shell's motion (Docket No. 1059),

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs' claims for attorneys' fees against Ticona are hereby dismissed with prejudice.

**THUS DONE AND SIGNED** in Chambers at Lake Charles, Louisiana, this 27th day of February, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE